**INDEX OF EXHIBITS**

Exhibit 1 – *Mimi's Sweet Shop Inc. v. Lansing DDA*